UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES, | * |
| Respondent, | * |
| v. | * Criminal No. 05-10195-JLT |
| ROBERT WILLIAMS, | * |
| Petitioner. | * |

ORDER

June 12, 2012

TAURO, J.

This court ACCEPTS and ADOPTS the March 22, 2012 Report and Recommendation on Petitioner's Motion under 28 U.S.C. § 2255 [#110] of Magistrate Judge Boal. For the reasons set forth in the Report and Recommendation, this court hereby orders that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [#101] is DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge